Connor, J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELIZABETH BURBAGE,
                    Plaintiff,

    - against -

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,
                    Defendants.

and related actions set forth below.
------------------------------------------------------------x

STIPULATION AND
ORDER EXTENDING
TIME TO ANSWER,
MOVE OR OTHERWISE
RESPOND FOR Δ
GROUP VOYAGERS
(WCC)(GAY)
Case No. 07 CIV. 3665
and related actions set
forth below
ECF CASES

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for defendant Group Voyagers, Inc. d/b/a Globus to answer, move or otherwise respond to the Complaints in this action, and the additional actions delineated below, which was originally scheduled for June 22, 2007, and subsequently extended to July 20, 2007, is hereby further extended to and including August 3, 2007.

Balducci v. Louis Public Company Limited, et al., 7:07-cv-3668-WCC
Cullen v. Louis Public Company Limited, et al., 7:07-cv-3666-WCC
Cullen v. Louis Public Company Limited, et al., 7:07-cv-3669-WCC
De Astis v. Louis Public Company Limited, et al., 7:07-cv-3681-WCC
Golio v. Louis Public Company Limited, et al., 7:07-cv-3673-WCC
Horrigan v. Louis Public Company Limited, et al., 7:07-cv-3677-WCC
La Forge v. Louis Public Company Limited, et al., 7:07-cv-3671-WCC
Lindsay v. Louis Public Company Limited, et al., 7:07-cv-3680-WCC
Murphy v. Louis Public Company Limited, et al., 7:07-cv-3672-WCC
O'Malley v. Louis Public Company Limited, et al., 7:07-cv-3678-WCC
Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3679-WCC
Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3674-WCC
Tomasetti v. Louis Public Company Limited, et al., 7:07-cv-3667-WCC
Winrow v. Louis Public Company Limited, et al., 7:07-cv-3676-WCC

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and filed with the Clerk of the Court in each of the aforementioned

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for Δs
+ E-MAILED TO π COUNSEL

actions without further notice, and that signatures obtained via facsimile shall have the same force and effect as original signatures.

Dated: July 20, 2007

LAW OFFICE OF TODD J. KROUNER

By: *Jacqueline M. James*
Jacqueline M. James (JJ1845)

93 North Greeley Avenue, Suite 100
Chappaqua, New York 10514
(914) 238-5800

Attorneys for Plaintiff

NIXON PEABODY LLP

By: *[signature]*
Joseph J. Ortego (JO3839)
James W. Weller (JWW0545)
Scott P. Eisenberg (SE3775)

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500

Attorneys for Defendant
Group Voyagers, Inc. d/b/a Globus

SO ORDERED:

*William C. Conner*
William C. Conner, U.S.D.J.

dated White Plains, NY
July 25, 2007

-2-

07/20/2007 17:51 FAX 9142388544    TODD J KROUNER    ☒015